**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**CAPE GIRARDEAU DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-10207 |
| Richard Matthew Meyers<br>Sarah Elizabeth Meyers | Chapter 13 |
| Debtors. | Judge Barry S. Schermer |

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                                3-1
Last 4 Digits of Account Number:   4244

| Current Address for Notices: | **NEW** Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation<br>4849 Greenville Avenue, Suite 800<br>Dallas, TX 75206 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| Current Address for Payments: | **NEW** Address for Payments (Effective Immediately): |
| Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 | Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 |
| Phone:<br>Email: | Phone:<br>Email: |

                                              Respectfully Submitted

                                              /s/ D. Anthony Sottile

                                              D. Anthony Sottile
                                              Authorized Agent for Creditor
                                              Sottile & Barile, LLC
                                              394 Wards Corner Road, Suite 180
                                              Loveland, OH 45140
                                              Phone: 513.444.4100
                                              Email: bankruptcy@sottileandbarile.com

# **CERTIFICATE OF SERVICE**

I certify that on April 11, 2018, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

   John David Moore, Debtors' Counsel
   johndavid@moorelawoffice.com

   Diana S. Daugherty, Chapter 13 Trustee
   Standing_trustee@ch13stl.com

   Office of the United States Trustee
   USTPRegion13.SL.ECF@usdoj.gov

I further certify that on April 11, 2018, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

   Richard Matthew Meyers
   158 Burrdoc Acres
   Cape Girardeau, MO 63701

   Sarah Elizabeth Meyers
   158 Burrdoc Acres
   Cape Girardeau, MO 63701

      /s/ D. Anthony Sottile
      D. Anthony Sottile
      Authorized Agent for Creditor
      Sottile & Barile, LLC
      394 Wards Corner Road, Suite 180
      Loveland, OH 45140
      Phone: 513.444.4100
      Email: bankruptcy@sottileandbarile.com